**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6928**

———————

ERIC L. SPANN,

                                    Petitioner - Appellant,

        versus

COLIE   L.   RUSHTON,   Warden   at   McCormick
Correctional   Institution;   CHARLES   MOLONY
CONDON, Attorney General of the State of South
Carolina,

                                    Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   David C. Norton, District Judge.
(CA-01-3505)

———————

Submitted:  September 18, 2002      Decided:  November 7, 2002

———————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Eric L. Spann, Appellant Pro Se. Samuel Creighton Waters, OFFICE OF
THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eric L. Spann seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and conclude that Spann has not made a substantial showing of the denial of a constitutional right. <u>See</u> <u>Spann v. Rushton</u>, No. CA-01-3505 (D.S.C. Apr. 2, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. <u>See</u> 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>
